# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| STEVEN ANTHONY BRITTON | CIVIL ACTION NO. 25-0014-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| RUSSELL ENGLISH, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED THAT** this action be **STAYED** under the following conditions:

a. If Plaintiff intends to proceed with his claims, within thirty (30) days of the date the criminal proceedings against him have concluded, he must file a motion asking the court to lift the stay;

b. If the stay is lifted and the court finds Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under Heck; if no such finding is made, the action will proceed at that time, absent some other bar to suit; and,

c. In light of the stay, Plaintiff **SHALL NOT** file any additional documents in this action until the state court proceedings have concluded.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 28th day of May, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE